# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDMUNDO ANTONIO ZUNIGA,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
BARRY L. BRESLOW, DISTRICT
JUDGE,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 82811

FILED

MAY 27 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY.
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This petition was docketed on April 27, 2021, without payment of the requisite filing fee. *See* NRAP 21(g). That same day, this court issued a notice directing petitioner to pay the required filing fee or demonstrate compliance with NRAP 21 within 10 days. The notice advised that failure to comply would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Barry L. Breslow, District Judge
      Edmundo Antonio Zuniga
      Attorney General/Carson City
      Washoe District Court Clerk

21-15268